# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CHICHENG AUTOMOBILES &<br>MOTORCYCLES ACCESSORIES SHOP<br>STORE, et al.,<br>       Defendants. | Case No. 20-cv-00736<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| nuflower2009 | 44 |
| YiWuYaQingShangMao | 84 |

Dated this 24th day of April 2020.    Respectfully submitted,

    /s/ RiKaleigh C. Johnson
    Amy C. Ziegler
    Justin R. Gaudio
    RiKaleigh C. Johnson
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080 / 312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    rjohnson@gbc.law

    *Counsel for Plaintiff H-D U.S.A., LLC*